# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. **24mj1003** |
| Guillermo Medel | ) | |
| (year of birth 1981) | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 3, 2024__ in the county of __Bernalillo__ in the _____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751 | Escape |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

USMS Deputy Michael Siebman
*Printed name and title*

Sworn to me telephonically and signed electronically.

Date: July 15, 2024

_____
*Judge's signature*

City and state: Albuquerque, New Mexico    Hon. Karen B. Molzen, United States Magistrate
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A ARREST WARRANT

I, Michael Siebman, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Deputy United States Marshal with the United States Marshals Service (USMS) and have been since December 17, 2020. I have received and completed training at the Federal Law Enforcement Training Academy (FLETC) as a criminal investigator. During my tenure with the USMS, I have investigated and assisted in the apprehension of Federal, State, and local fugitives to include but not limited to sex offenders, gang members, violent repeat offenders, and those with extensive criminal history. Some of these investigations have required me to submit court orders and/or affidavits to further investigations on such fugitives.

2. Prior to my time with the USMS, I was employed by the Midland Police Department (MPD) in Texas from 2016 to 2020. During my time as a MPD Officer I served as a patrol officer and field training officer (FTO). While employed at MPD I developed investigative and law enforcement skills by conducting hundreds of interviews with suspects, victims, and witnesses to a wide variety of crimes to include homicide, aggravated assault, sexual assault, domestic violence, child sex crimes, and various narcotics crimes. I have also testified before both state and federal judges in relation to cases that I was involved in.

3. During this time, I served as the primary investigator in complex criminal investigations and prepared detailed legal reports and affidavits. In addition, I was able to identify and recruit confidential informants; serve state and federal arrest warrants; collect and disseminate intelligence; and serve as a liaison with other agencies / law enforcement partners.

4. The facts in this affidavit come from my personal observations, and my review of United States District Court records, official BOP records and information obtained from other

1

agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the criminal complaint and does not set forth all my knowledge about this matter.

5. Based on the facts set forth in this affidavit, there is probable cause to believe that on or about July 3, 2024, MEDEL knowingly escaped from the custody of the Federal Bureau of Prisons (BOP) in which he was confined by the direction of a United States Judge. These actions taken by MEDEL have therefore caused him to violate 18 U.S.C. § 751(a).

## PROBABLE CAUSE

6. On October 21, 2020, Guillermo MEDEL entered into a Rule 11(c)(1)(C) plea agreement in which he agreed to plead guilty to a two-count information charging him with: Count 1 – 18 U.S.C. § 111(a), Assault Upon a Federal Officer Involving Physical Contact, and Count 2 – 18 U.S.C. §§ 922(g)(1) and 924, Felon in Possession of a Firearm or Ammunition.

7. On February 8, 2022, MEDEL appeared and was sentenced before a United States District Court Judge, within the District of New Mexico. MEDEL was committed to the custody of the BOP for a term of 46 months for each count, to run concurrently to each other, and consecutively to the 12-month term imposed in Case No. 1:10CR01738-JB for a total term of 58 months' incarceration. MEDEL was also set to serve a term of three years supervised release following his release from BOP custody.

8. The BOP is part of the United States Department of Justice, which is headed by the United States Attorney General.

9. On July 2, 2024, MEDEL was placed on a furlough transfer from United States Penitentiary (USP) Big Sandy in Kentucky to report on July 3, 2024, no later 10:20pm to Dismas Charities Diersen Residential Reentry Center (Diersen RRC) located at 2331 Menaul Blvd NE, Albuquerque, New Mexico, to serve the last 180 days of his BOP custodial sentence. Prior to

departure, MEDEL signed the furlough application stating that he had read and understood the instructions and conditions of the furlough. MEDEL departed USP Big Sandy by town driver on July 2, 2024, at 08:20am and was taken to the Huntington, West Virginia Greyhound Bus Station. He was scheduled to depart from Huntington at 10:20am to Columbus Ohio. From Columbus he was scheduled to depart at 3:05pm to St. Louis, Missouri. From St. Louis he was scheduled to depart at 1:35am on July 3, 2024, to Amarillo, Texas. From Amarillo he was scheduled to depart at 5:35pm for Albuquerque, New Mexico with an estimated arrival time of 9:20pm. He was supposed to report to Diersen RRC no later than 10:20pm. MEDEL returned to New Mexico, as described below, but did not report to Diersen as required.

10. On July 4, 2024, at approximately 11:45am, a Notice of Escaped Federal Prisoner flyer was issued to the United States Marshal Service (USMS) to begin looking for MEDEL due to him not having reported to Diersen RRC. The escape flyer listed MEDEL's biographical information and was caveated with the fact that MEDEL was considered dangerous and had a history of violent behavior. Per an existing Memorandum of Understanding, the USMS is authorized to enter BOP escapees into the National Crime Information Center (NCIC) and conduct fugitive investigations to locate and apprehend BOP escapees. On July 5, 2024, MEDEL was entered into NCIC as an escapee, with the intended purpose to locate and apprehend MEDEL.

11. On July 5, 2024, I was assigned to assist with the location and arrest of MEDEL.

12. On July 11, 2024, at approximately 01:09am Bernalillo County Sheriff's Office (BCSO) Deputies were dispatched to 1525 Isleta Blvd SW in reference to a male causing a disturbance. BCSO Deputies contacted the male and identified him as MEDEL. Deputies confirmed that MEDEL was wanted by the USMS for escape. MEDEL was booked into the

Bernalillo Metropolitan Detention Center (MDC) where he remained until the USMS took custody of him at approximately 11:00am on July 12, 2024, and transported him to the Pete V. Domenici United States Courthouse.

13. Based upon these facts, I have probable cause to believe that Guillermo MEDEL did knowingly and willfully escape from the custody of the United States Attorney General, or an authorized representative, institution or facility in which he was confined by direction of the Attorney General, in violation of 18 U.S.C. § 751. Assistant United States Attorney Kimberly Bell reviewed this affidavit for legal sufficiency.

Respectfully submitted,

Michael Siebman
Deputy United States Marshal
District of New Mexico - Albuquerque
United States Marshal Service

Electronically signed and telephonically sworn on July 15, 2024:

Honorable Karen B. Molzen
UNITED STATES MAGISTRATE JUDGE